## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Bryan Daniel Bennie  
    Debtor(s)

BK NO. 22-02454 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans and index same on the master mailing list.

Respectfully submitted,

/s/ Michael Farrington  
Michael Farrington  
30 Dec 2022, 10:43:26, EST

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322