Certificate Number: 15317-PAM-DE-037073805

Bankruptcy Case Number: 22-02454



15317-PAM-DE-037073805

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 30, 2022, at 2:38 o'clock PM PST, Bryan D Bennie completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   December 30, 2022            By:     /s/Janice Morla

                                     Name:   Janice Morla

                                     Title:  Counselor