IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  
BRYAN DANIEL BENNIE

CHAPTER 13

Debtor

CASE NO. 22-02454

**DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTIONS 1129(a)(14), 1225(a)(7), 1325(a)(8) AND (a)(9)**

I, Bryan Daniel Bennie and , upon my oath according to law, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on 3-8-23.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid.

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event of any of the information contained in this Certification changes.

5. If this Certification being signed by counsel for Debtor(s), that the Debtor(s) was/were duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the forgoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: 12/22/22     BY: _____  
                        Bryan Daniel Bennie

DATED: _____    BY: _____