In re:                                            Case No. 22-02454-HWV

Bryan Daniel Bennie                       Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                    Page 1 of 2

Date Rcvd: Jan 26, 2023               Form ID: ntcnfhrg                  Total Noticed: 21

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bryan Daniel Bennie, 98 Oxford Road, Annville, PA 17003-8653 |
| 5512379 | | DISNEY VACATION CLUB, MEMBER SERVICES, 1851 COMMUNITY DRIVE, LAKE BUENA VISTA, FL 32830 |
| 5512380 | + | ESQUIRE MANAGEMENT, 951 ROHRERSTOWN RD, STE 204, LANCASTER, PA 17601-1974 |
| 5516154 | | Sofi Lending Corp., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 26 2023 18:58:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5512377 | + | Email/PDF: bncnotices@becket-lee.com | Jan 26 2023 18:58:04 | AMEX, PO BOX 981537, EL PASO, TX 79998-1537 |
| 5517183 | | Email/PDF: bncnotices@becket-lee.com | Jan 26 2023 18:58:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5512378 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 26 2023 18:45:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5512389 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 26 2023 18:45:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5512381 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 26 2023 18:45:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5512383 | | Email/Text: bk@lendingclub.com | Jan 26 2023 18:45:54 | LENDING CLUB, 71 STEVENSON, STE 300, SAN FRANCISCO, CA 94105-2985 |
| 5512384 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 26 2023 18:45:00 | NAVY FCU, BANKRUPTCY NOTICES, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5514764 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 26 2023 18:45:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5512385 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 26 2023 18:45:00 | ROCKET MORTGAGE, 1050 WOODWARD AVE, DETROIT, MI 48226-3573 |
| 5512386 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jan 26 2023 18:58:03 | SOFI, 375 HEALDSBURG AVE STE 280, HEALDSBURG, CA 95448-4151 |
| 5512387 | | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 18:58:14 | SYNCB/NETWKR HOME, ATTN: BK NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5512388 | | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 18:58:14 | SYNCB/NETWKR MATTRESS, ATTN: BK NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5512628 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 18:58:09 | Synchrony Bank, c/o PRA Receivables |

| | | | | |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5512390 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 26 2023 18:45:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5512391 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 26 2023 18:45:00 | USAA FEDERAL SAVINGS BANK, PO BOX 619094, DALLAS, TX 75261-9094 |
| 5512392 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 26 2023 18:45:00 | USAA SAVINGS BANK, 10750 MCDERMOTT PWY FWY, SAN ANTONIO, TX 78288-1600 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5512382 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2023           Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Bryan Daniel Bennie DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Bryan Daniel Bennie karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Bryan Daniel Bennie,

**Debtor 1**

Chapter 13

Case No. 1:22−bk−02454−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 1, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 8, 2023  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 26, 2023 |

ntcnfhrg (08/21)