UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BRYAN DANIEL BENNIE | : | CHAPTER 13 |
|     Debtor(s) | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
|     Movant | : | |
| | : | |
|     vs. | : | |
| | : | |
| BRYAN DANIEL BENNIE | : | |
|     Respondent(s) | : | CASE NO. 1-22-bk-02454 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 6th day of March, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about February 6, 2023 be withdrawn as all issues have been resolved.

                                      Respectfully submitted:

                                      /s/Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 6th day of March, 2023, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Dorothy Mott, Esquire
125 State Street
Harrisburg, PA 17101

                                      /s/Deborah A. DePalma
                                      Office of Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee