United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-02454-HWV |
| Bryan Daniel Bennie | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: May 15, 2023 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5512379 | DISNEY VACATION CLUB, MEMBER SERVICES, 1851 COMMUNITY DRIVE, LAKE BUENA VISTA, FL 32830 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Bryan Daniel Bennie DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Bryan Daniel Bennie karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:22-bk-02454 |
| | : | |
| BRYAN DANIEL BENNIE, | : | CHAPTER 13 |
|    Debtor | : | |
| | : | |
| BRYAN DANIEL BENNIE, | : | |
|    Movant | : | |
| | : | |
| v. | : | |
| | : | |
| DISNEY VACATION CLUB | : | |
| MEMBERSHIP DVC RESALE | : | MATTER: MOTION FOR APPROVAL |
| MARKET, LLC, Jack N. Zaharopoulos, | : | OF SALE OF TIMESHARE |
| Esquire, Trustee | : | CONTRACT #10021650.000 at Disney's |
|    Respondents | : | Bay Lake Tower Resort |
| | : | |

## ORDER

    Upon consideration of Debtor's Motion to Sell Real Estate and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore, no objections appearing thereto,

    **IT IS HEREBY ORDERED AND DECREED** that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of timeshare contract #10021650.000 at Disney's Bay Lake Tower Resort, in Orange county, Florida, to SARAH ELLEN HALLETT & ANDREW RICHARD HALLETT or their assignees for $26,100.00 is approved and distribution of the proceeds as set forth below shall be permitted:

    1. Payment of all closing costs for which Debtor is liable.

    2. Payment of attorney's fees in the amount of $500.00 to Mott & Gendron Law.

    3. Payment of any and all other miscellaneous fees involved with the sale. See agreement of sale.

    4. The net proceeds, after deduction for payments made pursuant to paragraphs 1 through 3 above, shall be paid to the Debtor and Co-Owner.

    By the Court,

    */s/ Henry W. Van Eck*
    _____
    Henry W. Van Eck, Chief Bankruptcy Judge
    Dated: May 15, 2023