Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Bryan** | **Daniel** | **Bennie** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **MIDDLE DIST. OF PENNSYLVANIA**

Case number (if known): **1:22-bk-02454**

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt 04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**98 Oxford Road, Annville, PA 17003**<br>**Purchase price 8/2018**<br>**CMA 9/25/22 $485,000**<br>Line from *Schedule A/B*: **1.1** | $485,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description:<br>**2014 Acura RDX (approx. 120,000 miles)**<br>**2014 Acura RDX brown (approx. 120,000 miles)**<br>Line from *Schedule A/B*: **3.1** | $8,826.00 | ☑ $840.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

| | | | |
|---|---|---|---|
| Debtor 1 | Bryan Daniel Bennie | Case number (if known) | 1:22-bk-02454 |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**4 beds, 6 dressers, 2 sofas, 2 chairs, coffee table, 2 end tables, 2 dining room tables and chairs, china closet, stove, refrigerator, dishwasher, washer, dryer, microwave, 3 desks, entertainment center, patio furniture, gas grill, small appliances, pots, pans, dishes, linens, miscellaneous household goods**<br>Line from *Schedule A/B*: **6** | $1,280.00 | ☑ $1,280.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**3 televisions, 2 DVD players, Wii, laptop, 2 IPads, 3 cell phones**<br>Line from *Schedule A/B*: **7** | $975.00 | ☑ $975.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Peloton bike, treadmill, elliptical, 3 bicycles**<br>Line from *Schedule A/B*: **8** | $950.00 | ☑ $950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Clothing**<br>Line from *Schedule A/B*: **11** | $450.00 | ☑ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Wedding band, 2 watches**<br>Line from *Schedule A/B*: **12** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description:<br>**Cash on hand**<br>Line from *Schedule A/B*: **16** | $4.00 | ☑ $4.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account Chase Bank**<br>Line from *Schedule A/B*: **17.1** | $488.00 | ☑ $488.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account Chime**<br>Line from *Schedule A/B*: **17.2** | $383.96 | ☑ $383.96<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Debtor 1 | Bryan Daniel Bennie | Case number (if known) | 1:22-bk-02454 |
|---|---|---|---|

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Checking account Navy Federal Credit Union**<br>Line from Schedule A/B: **17.3** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Savings account Navy Federal Credit Union**<br>Line from Schedule A/B: **17.6** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account USAA**<br>Line from Schedule A/B: **17.4** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Savings account USAA**<br>Line from Schedule A/B: **17.7** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Checking account Lebanon Federal Credit Union**<br>Line from Schedule A/B: **17.5** | $75.84 | ☑ $75.84<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Savings account Lebanon Federal Credit Union**<br>Line from Schedule A/B: **17.8** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**401(k), TSP  11 U.S.C. §541 (c)(2) Excluded from the Bankruptcy Estate**<br>Line from Schedule A/B: **21** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(E)** |
| Brief description:<br>**(2) 529 accounts  11 U.S.C. §541 (c)(2) Excluded from the Bankruptcy Estate**<br>Line from Schedule A/B: **24** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 541(b)(5)** |
| Brief description:<br>**Term life through employer**<br>Line from Schedule A/B: **31** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |

Official Form 106C          Schedule C: The Property You Claim as Exempt          page 3
Case 1:22-bk-02454-HWV   Doc 35   Filed 02/09/24   Entered 02/09/24 14:21:28   Desc
Main Document     Page 3 of 4

| Debtor 1 | Bryan Daniel Bennie | Case number (if known) | 1:22-bk-02454 |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Class action v 3M for hearing loss (Wallace & Miller law firm, Chicago) (1st exemption claimed for this asset)**<br>Line from Schedule A/B: **33** | $24,000.00 | ☑ $24,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(D)** |
| Brief description:<br>**Class action v 3M for hearing loss (Wallace & Miller law firm, Chicago) (2nd exemption claimed for this asset)**<br>Line from Schedule A/B: **33** | $24,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(E)** |
| Brief description:<br>**Class action v 3M for hearing loss (Wallace & Miller law firm, Chicago) (3rd exemption claimed for this asset)**<br>Line from Schedule A/B: **33** | $24,000.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Class action re overtime v. USA, Department of Homeland Security (Clark Hill, PLLC, Las Vegas) (1st exemption claimed for this asset)**<br>Line from Schedule A/B: **33** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(D)** |
| Brief description:<br>**Class action re overtime v. USA, Department of Homeland Security (Clark Hill, PLLC, Las Vegas) (2nd exemption claimed for this asset)**<br>Line from Schedule A/B: **33** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(E)** |
| Brief description:<br>**Class action re overtime v. USA, Department of Homeland Security (Clark Hill, PLLC, Las Vegas) (3rd exemption claimed for this asset)**<br>Line from Schedule A/B: **33** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Toro riding mower**<br>Line from Schedule A/B: **53** | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Disney Vacation Club points**<br>Line from Schedule A/B: **53** | $12,375.00 | ☑ $12,375.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |